# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 326 WAL 2014
:
             Petitioner      :
                      : Petition for Allowance of Appeal from the
                      : Order of the Superior Court
        v.               :
:
:
:
LESLIE WEATHERS,         :
:
             Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.